Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Robert C. Halvorson |
| **Docket Number:** | CR-F-92-05176 REC |
| **Offender Address:** | Fresno, CA |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | February 22, 1993 |
| **Original Offense:** | Bank Robbery (three counts)<br>(CLASS C Felony) |
| **Original Sentence:** | 162 months custody, 3 years supervised release |
| **Special Conditions:** | 1) Search and seizure, 2) Correctional treatment, including drug testing, 3) $12,149.00 restitution |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | April 14, 2005 |
| **Assistant U.S. Attorney:** | Kathleen Servatius    **Telephone:** (559) 498-7437 |
| **Defense Attorney:** | Robert Rainwater    **Telephone:** (209) 487-5561 |

**Other Court Action:**

<u>**April 20, 2005:**</u>    Probation Form 12B, Petition to Modify Conditions, adding an up to 90 day placement at Turning Point residential community corrections center in Fresno, CA.

**RE:    HALVORSON, Robert C.**
**Docket Number:  CR-F-92-05176 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **July 8, 2005:** | Probation Form 12B, Petition to Modify Conditions, adding an alcohol abstinence condition for returning to the community corrections center under the influence of alcohol. |

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The offender shall serve up to 120 days at Turning Point Fresno, Comprehensive Sanction Center or until discharged by the program director or probation officer. The defendant shall comply with all program rules and procedures as directed by the probation officer, including but not limited to, substance abuse treatment and payment of subsistence.

The offender shall attend, at a minimum, four Alcoholics Anonymous meetings per month, at the direction of the probation officer.

**Justification:**

On December 30, 2005, the offender was stopped by Clovis Police Department for a routine traffic stop. At the time of the stop, the police officer detected an odor of alcohol emanating from the vehicle. A field sobriety test was initiated which the offender passed. A brethalyzer sample was also taken which was positive for alcohol (.07% BAC). The offender admitted to the officers that he had consumed alcohol at dinner. Due to the offender's cooperation, the officer elected not to issue a citation and allowed him to park the vehicle and walk home.

On January 11, 2005, the offender met with the under signed to discuss his violation. He admitted that he was well aware that consuming alcohol is a violation of his supervised release and had no explanation for his actions.

**RE:   HALVORSON, Robert C.**
**Docket Number:  CR-F-92-05176 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

On January 12, 2005, the offender voluntarily signed a Waiver of Hearing, agreeing to modify his conditions to include an up to 120 day placement at Turning Point Comprehensive Sanction Center and attendance to four Alcoholics Anonymous meetings per month.

The rational for this modification includes consideration that the offender has maintained stable employment for since June 2005, has not provided any positive drug or alcohol tests, and has made payments towards his restitution.  As this is the second occasion the offender has been known to consumed alcohol, he has been warned that any future supervised release violations will result in his appearance before the Court.

Should the Court have any questions, please do not hesitate to contact this officer.


Respectfully submitted,

/s/ Philip Mizutani

**Philip Mizutani**
**United States Probation Officer**
Telephone:  (559) 498-7321

**DATED:**    January 12, 2006
              Fresno, California


**REVIEWED BY:**    /s/ Bruce Vasquez
                   **Bruce Vasquez**
                   **Supervising United States Probation Officer**

**RE:    HALVORSON, Robert C.
        Docket Number:  CR-F-92-05176 REC
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

January 17, 2006                                /s/ OLIVER W. WANGER

**Date**                                        **Signature of Judicial Officer**

cc:     United States Probation
        Kathleen Servatius, Assistant United States Attorney
        Robert Rainwater, Assistant Federal Defender
        Defendant
        Court File