**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 1:92-cr-5176 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING CASE |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT CHARLES HALVORSON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case is related to case number 1:10-cr-0060 LJO. For the sake of judicial economy, case number 1:92-cr-5176 is hereby transferred to the docket of Judge Lawrence J. O'Neill. The case number to be typed on all future pleadings filed in this case is 1:92-cr-5176 LJO.

IT IS SO ORDERED.

**Dated:   September 6, 2011**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE